UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Dexter Armstrong</u>,
    Plaintiff

    v.                      Case No. 10-cv-196-SM

<u>Michael J. Astrue, Commissioner,</u>
<u>Social Security Administration</u>,
    Defendant

<u>**O R D E R**</u>

After due consideration, the court adopts the Magistrate's Report and Recommendation, largely for the reasons stated therein, but with a modification. The vocational expert's application of the dictionary of occupational titles to the RFC assessment appears to have been correct. But, the evidence discussed at pages 30-32 of the Report and Recommendation persuades the court that the ALJ's RFC determination fails to take into account claimant's actual limitations. The case is remanded. The ALJ should re-determine claimant's residual functional capacity so it accurately reflects his well-documented limitations.

    **SO ORDERED.**

                                          Steven J. McAuliffe
                                          Chief Judge

April 13, 2011

cc:  Craig A. Jarvis, Esq.
     Gretchen L. Witt, Esq.